No. 87–1279. MORRISON, INDEPENDENT COUNSEL *v.* OLSON ET AL. C. A. D. C. Cir. [Probable jurisdiction noted, 484 U. S. 1058.] Motion of Whitney North Seymour, Jr., Independent Counsel, for leave to file a reply brief as *amicus curiae* denied. JUSTICE KENNEDY took no part in the consideration or decision of this motion.

No. 87–5894. BENTLY *v.* UNITED STATES, 484 U. S. 1017. Motion of petitioner to direct the Clerk to file petition for rehearing out of time denied. JUSTICE KENNEDY took no part in the consideration or decision of this motion.

No. 87–1165. CALIFORNIA ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari granted.

No. 87–1344. MEESE, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. *v.* ABBOTT ET AL. C. A. D. C. Cir. Certiorari granted.

No. 87–1467. EXXON CO., U. S. A. *v.* BANQUE DE PARIS ET DES PAYS-BAS. C. A. 5th Cir. Certiorari granted.

No. 87–380. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. *v.* TALLAHASSEE MEMORIAL REGIONAL MEDICAL CENTER ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–605. DEDMAN ET AL. *v.* HAWAII BOARD OF LAND AND NATURAL RESOURCES ET AL. Sup. Ct. Haw. Certiorari denied.

No. 87–913. LOCAL 825, INTERNATIONAL UNION OF OPERATING ENGINEERS, ET AL. *v.* CATALYTIC, INC. C. A. 3d Cir. Certiorari denied.

No. 87–1013. HORNE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.